PO Box 510090
Livonia MI 48151-6090





**Exhibit B**

Account Number: *************4239
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: ▮▮▮▮▮▮▮ 13
Balance: $641.91
Accountholder Name: Matthew Rankin

PDI75I00200106

MATTHEW RANKIN
▮▮▮▮▮▮▮▮ DR
PEEBLES, OH 45660-8006

January 27, 2021

Dear Matthew Rankin,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

To make a payment, please contact us at the toll free number provided.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Customer Service Department
Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday



*Address*
PO Box 10497
Greenville, SC 29603



*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0960



*Customer Portal*
Portal.Resurgent.com

14193994-VERACS-CS

## CREDIT ONE BANK CREDIT CARD STATEMENT
Account Number                     4239
May 10, 2019 to June 09, 2019

### SUMMARY OF ACCOUNT ACTIVITY

| | | |
|---|---|---|
| Previous Balance | | $585.15 |
| Payments | - | $0.00 |
| Other Credits | - | $0.00 |
| Purchases | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | **+** | **$45.25** |
| **Interest Charged** | **+** | **$11.51** |
| New Balance | | $641.91 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/09/19 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card      1-877-825-3242
Outside the U.S. Call             1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

### PAYMENT INFORMATION

| | |
|---|---|
| New Balance | $641.91 |
| Past Due Amount | $182.00 |
| Amount Due This Period | $496.91 |
| **Minimum Payment Due** | **$641.91** |
| **Payment Due Date** | **07/05/19** |

Late Payment Warning:
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $37.

Minimum Payment Warning:
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay… | You will pay off the balance shown on the statement in about… | And you will end up paying an estimated total of… |
|---|---|---|
| Only the minimum payment | 1 months | $642.00 |

If you would like a location for credit counseling services, call 1-866-515-5720.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Fees** | |
| F57270050000CYLAC | 06/09 | 06/09 | ANNUAL FEE    07/19 THROUGH 07/19 | 8.25 |
| | 06/09 | 06/09 | LATE FEE | 37.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **45.25** |
| | | | **Interest Charged** | |
| | 06/09 | 06/09 | Interest Charge on Purchases | 11.51 |
| | 06/09 | 06/09 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **11.51** |

| 2019 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2019 | $238.50 |
| Total interest charged in 2019 | $55.96 |

YOUR ACCOUNT IS SCHEDULED TO BE CHARGED OFF.
THE BALANCE WILL BE DUE IN FULL.  CALL (888) 729-6274.

Your account is currently closed.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 26.15%(v) | $528.00 | $11.51 |
| Cash Advances | 26.15%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7  9    190609    0    C X PAGE 1 of 1    2 0  5727  9620  M161  O1GR5385

Please return this portion with your payment, and write your account number on your check, made payable to  *CREDIT ONE BANK*.



For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

**PAY YOUR BILL ONLINE at CreditOneBank.com**

| | |
|---|---|
| Account Number: | 4239 |
| New Balance: | $641.91 |
| Minimum Payment Due: | $641.91 |
| Payment Due Date: | 07/05/19 |

**AMOUNT ENCLOSED:**   $               .

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

MATTHEW RANKIN
          RD APT A3
WINCHESTER OH 45697-9431

0000000 0064191 0064191              4239 2

## ACCOUNT SUMMARY REPORT
1/27/2021 8:54:14 AM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

### Borrower Information

| | |
|---|---|
| **Name:** | MATTHEW RANKIN |
| **Address:** | ▮▮▮▮▮▮▮▮ dr |
| **City:** | Peebles |
| **State:** | OH |
| **Zip Code:** | 45660-8006 |

### Current Account Information

| | |
|---|---|
| **Owner:** | LVNV Funding LLC |
| **Resurgent Reference #:** | ▮▮▮▮6513 |
| **Original Creditor:** | Credit One Bank, N.A. |
| **Account Number:** | XXXXXXXXXXXX4239 |
| **Current Balance Due:** | $641.91 |
| **Date of Last Payment:** | 11/01/2018 |

### Historical Account Information

| | |
|---|---|
| **The original creditor for this account was:** | Credit One Bank, N.A.<br>P.O. Box 98873<br>Las Vegas, NV 89193 |
| **The origination date with original creditor was:** | 04/26/2018 |
| **The account charge-off date was:** | 06/10/2019 |
| **The account charge-off amount was:** | $641.91 |
| **The account was acquired on or about:** | 07/23/2019 |
| **The account balance at time of acquisition:** | $641.91 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*

Page 1 of 1