UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bruce Rankin,

    Plaintiff,

        v.                         Case No. 1:21cv606

Resurgent Capital Services, L.P., *et al.*,     Judge Michael R. Barrett

    Defendant.

## AMENDED CALENDAR ORDER

Pursuant to the Status Conference conducted on August 18, 2022, this case shall proceed as follows:

    Telephone Status Conference[1]:  **September 22, 2022, at 10:30 am**

    Discovery to be completed by[2]:  **January 1, 2023**

    Dispositive motion deadline[3]:  **March 1, 2023**

    Settlement Conference[4]: **April 12, 2023 at 10:00 a.m. in Room 239**

    Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

    Final pretrial conference:  **August 1, 2023, at 10:30 a.m., Room 239**

    Jury Trial:  **October, 2023, Courtroom 109**

---

[1] 1 Conferencing instructions to be provided by a separate notice which will follow this Order. These instructions shall be used each time the Court conducts a telephone conference.

[2] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[3] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R. The Court will not read beyond 20 pages unless leave has been previously sought and granted. This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

[4] Special Instructions regarding settlement: 1. All parties must bring their client or a representative with full settlement authority. Failure to follow this requirement will result in sanctions; 2. Each counsel must prepare and submit via hand delivery to the Court or via the chamber=s email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date. These letters **NEED NOT** be filed with the Clerk=s Office nor exchanged with opposing counsel.

**IT IS SO ORDERED.**

                                                  *s/Michael R. Barrett*
                                      Michael R. Barrett, Judge
                                      United States District Court