# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### At Cincinnati

| | |
|---|---|
| MATTHEW RANKIN, by and through his guardian ad litem, Elizabeth Antrobus<br><br>Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES, L.P., *et al.*<br><br>Defendants. | Case No.: 1:21-cv-00606<br><br>Honorable Michael R. Barrett<br><br>**CONSENT MOTION FOR LEAVE TO FILE UNDER SEAL** |

Now comes Plaintiff and requests leave under L.R. 5.2.1(a) to file documents comprising two exhibits (Exhibits 24 and 25) in support of Plaintiff's Motion for Summary Judgment [ECF <<>>] and Plaintiff's Memorandum in Opposition to Summary Judgment [ECF <<>>] as these documents have been designated by Defendants as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" under Sec. 8(c) of the parties' Stipulated Protective Order [ECF 23]. Defendants consent to the relief sought in this motion.

Respectfully submitted,

WELLS LAW OFFICE, INC.

BY: */s/ Amy L. Wells*
AMY L. WELLS, Ohio No. 78247
Counsel for Plaintiff
122 South Michigan Avenue, Suite 1390-145
Chicago, Illinois 60603-6036
(773) 762-9104
amywellls@equaljusticelaw.com

## CERTIFICATE OF SERVICE

    A copy of the foregoing was served upon all parties through their counsel of record via the Court's ECF system on the date of filing.

                                                BY: /s/ *Amy L. Wells*
                                                AMY L. WELLS
                                                *Counsel for Plaintiff*